# EXHIBIT A

**21JE-CC00349**

Electronically Filed - Jefferson - May 19, 2021 - 04:40 PM

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| **TOP GUN AMMO SALES, LLC,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | |
| **v.** | ) | **Division No.** |
| | ) | |
| **COF TECHNOLOGIES, LLC,** | ) | |
| Serve at: | ) | |
| **Legal Corp. Solutions, LLC, Reg. Ag.** | ) | |
| **299 S. Main St., Ste 1300** | ) | |
| **Salt Lake City, UT 84111** | ) | |
| | ) | |
| **AMERICAN DEFENSE** | ) | |
| **TECHNOLOGIES, LLC,** | ) | |
| Serve at: | ) | |
| **William Joseph Cara, LLC, Reg. Ag.** | ) | |
| **16192 Coastal Highway** | ) | |
| **Lewes, UT 19958** | ) | |
| | ) | |
| **McKAYL REUSCH,** | ) | |
| Serve at: | ) | |
| **1184 E. Bullock St., Unit 41** | ) | |
| **Washington, UT 84780** | ) | |
| | ) | |
| **WILLIAM UICKER,** | ) | |
| Serve at: | ) | |
| **1322 Lucile Ave.** | ) | |
| **Los Angeles, CA 90026** | ) | |
| | ) | |
| **ANDREW McCORKLE,** | ) | |
| Serve at: | ) | |
| **824 Crystal Dr.** | ) | |
| **Saint George, UT 84770** | ) | |
| | ) | |
| **BRAD McCORKLE,** | ) | |
| Serve at: | ) | |
| **1184 E. Bullock St., Unit 41** | ) | |
| **Washington, UT 84780** | ) | |
| | ) | |
| **Defendants.** | ) | |

Electronically Filed - Jefferson - May 19, 2021 - 04:40 PM

## PETITION

Top Gun Ammo Sales, LLC ("Top Gun"), by and through counsel, for its Petition against COF Technologies, LLC ("COF"), American Defense Technologies, LLC ("ADT"), McKayl Reusch ("Reusch"), William Uicker ("Uicker"), Andrew McCorkle ("A. McCorkle"), and Brad McCorkle ("B. McCorkle") (COF, Reusch, Uicker, A. McCorkle, and B. McCorkle shall be known as the "COF Defendants" and ADT, Reusch, Uicker, A. McCorkle, and B. McCorkle shall be known as the "Non-COF Defendants"), states as follows:

### Parties, Venue, and Jurisdiction

1.     Top Gun is a Missouri limited liability company with its principal place of business in Jefferson County, Missouri.

2.     COF is a Utah limited liability company.

3.     ADT is a Utah limited liability company.

4.     Reusch is an individual residing in the State of Utah.

5.     Uicker is an individual residing in the State of California.

6.     A. McCorkle is an individual residing in the State of Utah.

7.     B. McCorkle is an individual residing in the State of Utah.

8.     Jurisdiction and venue are proper in this Court as the COF Defendants solicited business from and conducted business with Top Gun, in Jefferson County, Missouri, COF Defendants made numerous, false representations to Top Gun, in Jefferson County, Missouri, and Top Gun was first injured by Defendants in Jefferson County, Missouri.

### COUNT I – BREACH OF CONTRACT
### (Against COF Defendants)

9.     Top Gun incorporates by this reference paragraphs 1 through 8 of this petition as if fully restated herein.

Electronically Filed - Jefferson - May 19, 2021 - 04:40 PM

10.     Top Gun and COF Defendants entered into an agreement whereby COF Defendants agreed to sell Top Gun six million (6,000,000) rounds of nine-millimeter (9MM) ammunition at a rate of five hundred thousand (500,000) rounds per week, beginning February 19, 2021, for eight (8) weeks, at a price of forty cents ($0.40) per round.

11.     Top Gun paid COF Defendants the sum of two hundred thousand dollars ($200,000) as a deposit in furtherance of said agreement and further complied with all terms and conditions of the parties' agreement.

12.     The COF Defendants failed to abide by the terms of the aforementioned agreement and delivered to Top Gun only twenty-five thousand rounds of nine-millimeter (9MM) ammunition.

13.     After the initial breach, Top Gun and COF Defendants agreed to enter into a forbearance agreement wherein the COF Defendants agreed to ship an additional fifty thousand (50,000) rounds of nine-millimeter (9MM) ammunition to Top Gun, free of charge, in exchange for Top Gun's agreement to temporarily forbear from exercising its rights in enforcing its rights under the original agreement.

14.     The COF Defendants failed to abide by the terms of the aforementioned forbearance agreement and did not provide Top Gun any additional ammunition.

15.     As a result of the foregoing, the COF Defendants breached the parties' agreements and Top Gun suffered direct and proximate damages in the sum of one million three hundred forty-five thousand five hundred dollars ($1,345,500).

WHEREFORE, Plaintiff prays for a Judgment against COF Defendants, jointly and severally, in the amount of one million three hundred forty-five thousand five hundred dollars

Electronically Filed - Jefferson - May 19, 2021 - 04:40 PM

($1,345,500), and for such other and further relief as this Court deems just and proper under the circumstances.

### COUNT II – NEGLIGENT MISREPRESENTATION
#### (Against COF Defendants)

16.     Top Gun incorporates by this reference paragraphs 1 through 8 of this petition as if fully restated herein.

17.     In the course and scope of their business, COF Defendants represented to Top Gun that they would and could manufacture and deliver Top Gun six million (6,000,000) rounds of nine-millimeter (9MM) ammunition at a price of forty cents ($.40) per round.

18.     The COF Defendants did not exercise reasonable care in rendering the aforementioned representations and, as a result, the aforementioned representations were false.

19.     The COF Defendants intentionally provided the aforementioned representations to Top Gun for the pecuniary interest of inducing payments from Top Gun.

20.     Top Gun was unaware of the falsity of the COF Defendants' representations and justifiably relied on the information supplied by the COF Defendants.

21.     Top Gun provided the COF Defendants the sum of two hundred thousand dollars ($200,000) in response to and reliance upon COF Defendants' representations.

22.     As a result of Top Gun's reliance on COF Defendants' representations, Top Gun suffered direct and proximate damages in excess of twenty-five thousand dollars ($25,000).

WHEREFORE, Plaintiff prays for a Judgment against COF Defendants, jointly and severally, in an amount to be determined at trial to fairly compensate Plaintiff for its damages, and for such other and further relief as this Court deems just and proper under the circumstances.

Electronically Filed - Jefferson - May 19, 2021 - 04:40 PM

## COUNT III – FRAUDULENT MISREPRESENTATION
### (Against COF Defendants)

23.     Top Gun incorporates by this reference paragraphs 1 through 8 of this petition as if fully restated herein.

24.     COF Defendants represented to Top Gun that they would and could manufacture and deliver Top Gun six million (6,000,000) rounds of nine-millimeter (9MM) ammunition at a price of forty cents ($0.40) per round.

25.     These representations were false and at the time of utterance, COF Defendants knew they could and would not manufacture and deliver to Top Gun such ammunition.

26.     In response to and justifiable reliance upon COF Defendants' false representations, and without knowledge of the falsity thereof, Top Gun provided the COF Defendants with a deposit of two hundred thousand dollars ($200,000).

27.     The aforementioned representations were material in that, but for such representations, Top Gun would not have provided COF Defendants such a large deposit.

28.     COF Defendants knew their representations were false and that they neither would, nor could manufacture and deliver such quantities, and, in fact, did not deliver such ammunition or return Top Gun's deposit.

29.     As a result of COF Defendants' false representations, Top Gun has sustained direct and proximate damages in an amount in excess of twenty-five thousand dollars ($25,000).

WHEREFORE, Plaintiff prays for a Judgment against COF Defendants, jointly and severally, in an amount to be determined at trial to fairly compensate Plaintiff for its damages, and for such other and further relief as this Court deems just and proper under the circumstances.

Electronically Filed - Jefferson - May 19, 2021 - 04:40 PM

## COUNT IV – UNJUST ENRICHMENT
### (Against COF Defendants)

30.     Top Gun incorporates by this reference paragraphs 1 through 8 of this petition as if fully restated herein.

31.     At the request of COF Defendants, Top Gun provided COF Defendants the sum of two hundred thousand dollars ($200,000).

32.     Top Gun provided such sum to COF Defendants, enriching the COF Defendants, in contemplation of an arrangement wherein COF Defendants would manufacture and deliver ammunition to Top Gun.

33.     COF Defendants did not manufacture and deliver the contemplated ammunition to Top Gun and refused to return all or part of the aforementioned sum to Top Gun.

34.     It is inequitable and unjust for COF Defendants to retain the aforementioned sum or any part of it under the circumstances.

WHEREFORE, Plaintiff prays for a Judgment against COF Defendants, jointly and severally, in an amount to be determined at trial to fairly compensate Plaintiff for its damages, and for such other and further relief as this Court deems just and proper under the circumstances.

## COUNT V – TORTIOUS INTERFERENCE WITH A BUSINESS EXPECTANCY
### (Against Non-COF Defendants)

35.     Top Gun incorporates by this reference paragraphs 1 through 8 of this petition as if fully restated herein.

36.     Top Gun established a clear, valid business expectancy with and from COF by virtue of its agreement with COF wherein, in exchange for payment, COF agreed to manufacture and deliver six million (6,000,000) rounds of nine-millimeter (9MM) ammunition.

Electronically Filed - Jefferson - May 19, 2021 - 04:40 PM

37.     The Non-COF Defendants were aware of Top Gun's business expectancy by virtue of their ownership of and/or involvement with COF.

38.     The Non-COF Defendants intentionally interfered with Top Gun's business expectancy with and from COF by inducing COF to breach its agreement with Top Gun.

39.     There was and is no justification for the actions of the Non-COF Defendants.

40.     As a result of the actions of the Non-COF Defendants, Top Gun has sustained direct and proximate damages in an amount in excess of twenty-five thousand dollars ($25,000).

WHEREFORE, Plaintiff prays for a Judgment against the Non-COF Defendants, jointly and severally, in an amount to be determined at trial to fairly compensate Plaintiff for its damages, and for such other and further relief as this Court deems just and proper under the circumstances.

## COUNT VI – CIVIL CONSPIRACY
### (Against Defendants)

41.     Top Gun incorporates by this reference paragraphs 1 through 8 of this petition as if fully restated herein.

42.     The Defendants entered into a meeting of the minds to induce Top Gun to provide them a large cash deposit in the sum of two hundred thousand dollars ($200,000) without the intention of supplying Top Gun with any corresponding material benefit.

43.     To facilitate this conspiracy and in furtherance of their unlawful objective, the Defendants made and/or engaged in lies and deceit and false representations, as well as prepared false contracts and documents.

44.     The Defendants successfully induced Top Gun to provide them a large cash deposit in the sum of two hundred thousand dollars ($200,000) and then, despite demand, failed and refused to return such sum or provide Top Gun any material benefit therefrom.

Electronically Filed - Jefferson - May 19, 2021 - 04:40 PM

45.     Top Gun sustained direct and proximate damages in an amount in excess of twenty-five thousand dollars ($25,000).

WHEREFORE, Plaintiff Top Gun Ammo Sales, LLC prays for a Judgment against Defendants, jointly and severally, in an amount to be determined at trial to fairly compensate Plaintiff for its damages, and for such other and further relief as this Court deems just and proper under the circumstances.

## COUNT VII – SUCCESSOR LIABILITY
### (Against ADT)

46.     Top Gun incorporates by this reference paragraphs 1 through 15 of this petition as if fully restated herein.

47.     Representatives of COF and/or ADT represented to Top Gun that ADT purchased the assets of COF.

48.     Upon information and belief, COF and ADT share common ownership and/or investors, as well as numerous employees.

49.     Upon information and belief, COF and ADT, and/or the owners and/or representatives thereof, concocted an alleged acquisition plan to retain numerous cash deposits and assets of COF while ignoring corresponding contractual and legal liabilities associated therewith.

50.     Upon information and belief, COF and ADT structured the terms of their alleged merger and/or sale such that fair market value was not paid in exchange for the assets and with the intention of prejudicing and damaging COF's creditors.

51.     Upon information and belief, COF and ADT, along with their representatives, commingled the assets of said companies and failed to observe requisite corporate formalities to distinguish the companies from each other or the owners thereof.

Electronically Filed - Jefferson - May 19, 2021 - 04:40 PM

52.     Upon information and belief, ADT took control over Top Gun's cash deposit, but has disclaimed responsibility for returning the same and/or fulfilling COF's agreement to manufacture and deliver ammunition to Top Gun in exchange for said deposit funds.

53.     Upon information and belief, ADT is merely the continuation of COF and an unlawful and fraudulent attempt to disclaim liabilities of COF while enjoying the benefits and assets of COF.

54.     Upon information and belief, ADT did not pay fair market value for the assets of COF and/or unlawfully and improperly used the funds and assets of COF to purchase the funds and assets of COF.

55.     Upon information and belief ADT has obtained possession of Top Gun's deposit, but refused to return the same to Top Gun.

56.     For one or more of the reasons stated above, ADT has successor liability for COF.

57.     Top Gun suffered damages as a result of the foregoing actions, namely in lost profits, numerous breaches of COF's agreement with Top Gun, and/or a lost deposit.

WHEREFORE, Plaintiff Top Gun Ammo Sales, LLC prays for a Judgment against ADT in an amount to be determined at trial to fairly compensate Plaintiff for its damages, and for such other and further relief as this Court deems just and proper under the circumstances.

## COUNT VIII – UNJUST ENRICHMENT
### (Against ADT)

58.     Top Gun incorporates by this reference paragraphs 1 through 8 of this petition as if fully restated herein.

59.     Top Gun provided COF, in trust, a deposit in furtherance of an agreement wherein COF would manufacture and deliver ammunition to Top Gun.

Electronically Filed - Jefferson - May 19, 2021 - 04:40 PM

60.     Upon information and belief, all or a portion of the deposit remained intact and unused at the time such deposit was transferred to ADT pursuant to an alleged agreement with COF to acquire the assets of COF.

61.     ADT obtained Top Gun's deposit, but refused to manufacture and deliver ammunition to Top Gun or return the deposit to Top Gun.

62.     ADT obtained a benefit, without consideration, at the prejudice, expense, and detriment of COF.

63.     It would be unjust to permit ADT to retain the benefit of Top Gun's deposit.

WHEREFORE, Plaintiff prays for a Judgment against ADT, in an amount to be determined at trial to fairly compensate Plaintiff for its damages, and for such other and further relief as this Court deems just and proper under the circumstances.

DANNA MCKITRICK, P.C.


/s/ David A Zobel
David A. Zobel, #64266
Katherine M. Flett, #68183
Danna McKitrick, P.C.
7701 Forsyth Blvd., Suite 1200
St. Louis, Missouri  63105-3907
(314) 726-1000/(314) 725-6592 fax
E-Mail:  dzobel@dmfirm.com
              kflett@dmfirm.com
ATTORNEYS FOR PLAINTIFF

# Your Missouri Courts

Case.net Docket Entries

ase.net

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | **Print**     Logon

## 21JE-CC00349 - TOP GUN AMMO SALES, L V COF TECHNOLOGIES LLC ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Sort Date Entries:** ● Descending  ○ Ascending    **Display Options:** All Entries

---

**06/07/2021**   **Notice of Service**
Notice of Service - American Defense Technologies, LLC; Electronic Filing Certificate of Service.
    **Filed By:** DAVID ALAN ZOBEL
    **On Behalf Of:** TOP GUN AMMO SALES, LLC

    **Notice of Service**
Notice of Service - COF Technologies, LLC; Electronic Filing Certificate of Service.
    **Filed By:** DAVID ALAN ZOBEL

    **Corporation Served**
Document ID - 21-SMOS-28; Served To - AMERICAN DEFENSE TECHNOLOGIES, LLC; Server - ; Served Date - 01-JUN-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - GARY DIAMIANI

    **Corporation Served**
Document ID - 21-SMOS-27; Served To - COF TECHNOLOGIES, LLC; Server - ; Served Date - 01-JUN-21; Served Time - 14:21:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - MICAH RICHARDSON

**05/26/2021**   **Summons Personally Served**
Document ID - 21-SMOS-32; Served To - MCCORKLE, BRAD; Server - ; Served Date - 26-MAY-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

    **Summons Personally Served**
Document ID - 21-SMOS-29; Served To - REUSCH, MCKAYL; Server - ; Served Date - 26-MAY-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

    **Notice of Service**
Return of Service - McKayl Reusch; Electronic Filing Certificate of Service.
    **Filed By:** DAVID ALAN ZOBEL
    **On Behalf Of:** TOP GUN AMMO SALES, LLC

    **Notice of Service**
Return of Service - Brad McCorkle; Electronic Filing Certificate of Service.
    **Filed By:** DAVID ALAN ZOBEL

**05/21/2021**   **Entry of Appearance Filed**
Entry of Appearance - Katherine M. Flett; Electronic Filing Certificate of Service.
    **Filed By:** KATHERINE M FLETT
    **On Behalf Of:** TOP GUN AMMO SALES, LLC

**05/20/2021**   **Summons Issued-Circuit**
Document ID: 21-SMOS-32, for MCCORKLE, BRAD.

Case: 4:21-cv-00770-SEP Doc. #: 1-1 Filed: 06/24/21 Page: 13 of 21 PageID #: 18

**Summons Issued-Circuit**
Document ID: 21-SMOS-31, for MCCORKLE, ANDREW.

**Summons Issued-Circuit**
Document ID: 21-SMOS-30, for UICKER, WILLIAM.

**Summons Issued-Circuit**
Document ID: 21-SMOS-29, for REUSCH, MCKAYL.

**Summons Issued-Circuit**
Document ID: 21-SMOS-28, for AMERICAN DEFENSE TECHNOLOGIES, LLC.

**Summons Issued-Circuit**
Document ID: 21-SMOS-27, for COF TECHNOLOGIES, LLC.

| | |
|---|---|
| 05/19/2021 | **Filing Info Sheet eFiling**<br>    **Filed By:** DAVID ALAN ZOBEL<br><br>**Pet Filed in Circuit Ct**<br>Petition.<br>    **Filed By:** DAVID ALAN ZOBEL<br>    **On Behalf Of:** TOP GUN AMMO SALES, LLC<br><br>**Judge Assigned** |

Electronically Filed - Jefferson - June 07, 2021 - 01:35 PM



*Return*

*1177*

# IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOSEPH ALFRED RATHERT | Case Number:  21JE-CC00349 |
| Plaintiff/Petitioner:<br>TOP GUN AMMO SALES, LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>DAVID ALAN ZOBEL<br> 7701 Forsyth Blvd<br> SUITE 1200<br> CLAYTON, MO  63105 |
| Defendant/Respondent:<br>COF TECHNOLOGIES, LLC | Court Address:<br>P O BOX 100 |
| Nature of Suit:<br>CC Breach of Contract | 300 MAIN ST<br>HILLSBORO, MO  63050 |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   AMERICAN DEFENSE TECHNOLOGIES, LLC
Alias:
WILLIAM JOSEPH CARA, LLC R.A.
16192 COASTAL HIGHWAY
LEWES, DE 19958



**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**JEFFERSON COUNTY**

MAY 20, 2021

MICHAEL E. REUTER, CIRCUIT CLERK
BY: /s/ J. HONEA, DEPUTY CLERK

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is ___Deputy___ of ___Sussex___ County, ___DE___ (state).
3. I have served the above summons by:  (check one)
   - [ ] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - [X] (for service on a corporation) delivering a copy of the summons and a copy of the petition to ___Gary Damiani___ (name) ___Agent___ (title).
   - [ ] other:

Served at ___16192 Coastal Hwy, Lewes DE 19958___ (address)
in ___Sussex___ County, ___DE___ (state), on ___6/1/21___ (date) at ___12:19 PM___ (time).

___Dep Pat Allegeo-Smith___          ___As Atty SL 946-10___
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and sworn to before me this** ___1___ (day) ___June___ (month) ___21___ (year).

TINA L. COLLINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on June 22, 2022
(Seal)

Sworn: (check one)
- [ ] the clerk of the court of which affiant is an officer.
- [ ] the judge of the court of which affiant is an officer.
- [X] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- [ ] authorized to administer oaths. (use for court-appointed server)

___Tina L. Collins___
Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $ | 80 |
| Non Est | $ | |
| Mileage | $ | 80 |
| Total | $ | |

(_____ miles @ $_____ per mile)

*#139454*

See the following page for directions to officer making return on service of summons.

Electronically Filed - Jefferson - June 07, 2021 - 01:35 PM

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - Jefferson - June 07, 2021 - 01:35 PM

# SUSSEX COUNTY SHERIFF'S OFFICE
## STATE OF DELAWARE
P.O. Box 948
Georgetown, DE  19947
Phone 302-855-7830
Fax 302-855-7832
www.sussexcountyde.gov

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE

COUNTY OF SUSSEX

I HEREBY CERTIFY that on this 1st day of June 2021,

Before me, the subscriber, a Notary Public of the State and County Aforesaid,

personally appeared Pat Allegro-Smith and made oath in due form of law that the

aforementioned Deputy served a copy of an:

Out of State document: SUMMONS & PETITION FOR PERSONAL SERVICE OUTSIDE
THE STATE OF MISSOURI CASE#21JE-CC00349

On Gary Damiani, Agent for WILLIAM JOSEPH CARA, LLC R.A.

on the 1st day of June 2021, 12:19 PM at

16192 COASTAL HWY, LEWES DE 19958

who further made oath in due form of law that the aforementioned Deputy is authorized

to serve proves under the law of the State of Delaware and the County of Sussex.

AS WITNESS my hand and Notarial Seal, the day and year first above written.

_____

Notary Public
My Commission expires:

TINA L. COLLINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on June 22, 2022

Pat Allegro-Smith

Electronically Filed - Jefferson - June 07, 2021 - 01:35 PM

# SUSSEX COUNTY SHERIFF'S OFFICE
## SERVED OUT-OF-STATE
### (SUBSTITUTE SERVICE)

| | |
|---|---|
| **Agency** | **Case Number** |
| DANNA MCKITRICK, P.C. | 21JE-CC00349 |
| **Case Name** | **Description** |
| TOP GUN AMMO SALES, LLC vs. WILLIAM JOSEPH CARA, LLC, R.A. | SER |
| **Type** | **Circuit** |
| Out-of-State | |

| **Return To** | **Date Received** | **Date expired** |
|---|---|---|
| OUT-OF-STATE | 5/27/2021 | |

**Party to be Served**
WILLIAM JOSEPH CARA, LLC, R.A.

| **Last Name** | **First Name** | **Middle Name** | **Jr/Sr** |
|---|---|---|---|
| WILLIAM JOSEPH CARA, LLC, R.A. | | | |

| **Date of Birth** | **SS#** | **Sex** |
|---|---|---|
| | | |

**Service Address**
16192 COASTAL HIGHWAY Lewes, DE 19958

**Work Name**
WILLIAM JOSEPH CARA, LLC, R.A.

| **Home phone** | **Bus Phone** | **Work Phone** | **Alt Phone** |
|---|---|---|---|
| | | | |

| **Served on:** 6/1/2021 | **Service Fee: $80.00** |
|---|---|

**Additional Notes**

Deputy served Gary Damiani, Agent at above address where he/she resides/employed and person is of legal age (at least 18 years of age).

So Answered — Robert T. Lee
Sheriff
Returned — Pat Allegro-Smith

Deputy Clerk

**Papers Served** Out-of-State

*Electronically Filed - Jefferson - May 26, 2021 - 08:59 AM*

**WASHINGTON COUNTY CONSTABLE**
801-654-0750
DATE 5-25-21
TIME 7:15 pm
PERSON SERVED
Brad McCorkle
LOCATION 141 SERVER CONSTABLE
(1184 Bullock St.)
BRAZZLE
BRAZZLE CONSTABLE SERVICE, LLC
(Date File Stamp) A

**IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>JOSEPH ALFRED RATHERT | Case Number:  21JE-CC00349 |
| Plaintiff's/Petitioner:<br>TOP GUN AMMO SALES, LLC | Plaintiff's/Petitioner's Attorney/Address:<br>DAVID ALAN ZOBEL<br>7701 Forsyth Blvd<br>SUITE 1200<br>CLAYTON, MO  63105 |
| vs. | |
| Defendant/Respondent:<br>COF TECHNOLOGIES, LLC | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO  63050 |
| Nature of Suit:<br>CC Breach of Contract | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  BRAD MCCORKLE
                          Alias:

**1184 E. BULLOCK ST., UNIT 41**
**WASHINGTON, UT 84780**

*COURT SEAL OF*

*JEFFERSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

MAY 20, 2021

MICHAEL E. REUTER, CIRCUIT CLERK
BY: /s/ J. HONEA, DEPUTY CLERK

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _Constable_ of _Washington_ County, _Utah_ (state).
3.  I have served the above summons by:  (check one)
    - [x] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
    - [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
    - [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    - [ ] other: _____

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_Andre Brazzle_
Printed Name of Sheriff or Server

_[signature]_
Signature of Sheriff or Server

**Subscribed and sworn to before me this** _____ (day) _____ (month) _____ (year).
I am: (check one)
- [ ] the clerk of the court of which affiant is an officer.
- [ ] the judge of the court of which affiant is an officer.
- [ ] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- [ ] authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $ 45 |
| Non Est | $ |
| Mileage | $ ( NA miles @ $ NA per mile) |
| Total | $ 45 |

See the following page for directions to officer making return on service of summons.

5.25 DB

Electronically Filed - Jefferson - June 07, 2021 - 01:35 PM

*Return*



## IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| Judge or Division:<br>JOSEPH ALFRED RATHERT | Case Number:  21JE-CC00349 |
|---|---|
| Plaintiff/Petitioner:<br>TOP GUN AMMO SALES, LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>DAVID ALAN ZOBEL<br>7701 Forsyth Blvd<br>SUITE 1200<br>CLAYTON, MO  63105 |
| Defendant/Respondent:<br>COF TECHNOLOGIES, LLC | Court Address:<br>P O BOX 100 |
| Nature of Suit:<br>CC Breach of Contract | 300 MAIN ST<br>HILLSBORO, MO  63050                    (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

| The State of Missouri to:   COF TECHNOLOGIES, LLC<br>Alias:<br>**LEGAL CORP. SOLUTIONS LLC R.A.**<br>**299 S. MAIN STREET, SUITE 1300**<br>**SALT LAKE CITY, UT  84111** |
|---|

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**JEFFERSON COUNTY**

MAY 20, 2021        MICHAEL E. REUTER, CIRCUIT CLERK
BY: /s/ J. HONEA, DEPUTY CLERK

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is ___Detective___ of ___Salt Lake___ County, ___UT___ (state).
3. I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____. a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ___Maciah Richardson___ (name), ___Registered Agent___ (title).

☐ other: _____

Served at ___299 S. Main St  Suite 1300___ (address)

in ___Salt Lake___ County, ___UT___ (state), on ___6/1/21___ (date) at ___1621___ (time).

___C. Head___          _signature_
Printed Name of Sheriff or Server       Signature of Sheriff or Server

Subscribed and sworn to before me this ___1___ (day) ___June___ (month) ___2021___ (year).

I am: (check one)
☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☑ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

**BECKIE RASMUSSEN**
Notary Public State of Utah
My Commission Expires on:
December 12, 2023
Comm. Number: 709644

_signature_ ___Civil Clerk___
Signature and Title

| Service Fees | |
|---|---|
| Summons | $ 20.00 |
| Non Est | $ 10.00  Notary |
| Mileage | $ 15.00  ( ___6___ miles @ $ 2.50 per mile) |
| **Total** | $ 45.00 |

See the following page for directions to officer making return on service of summons.

Electronically Filed - Jefferson - June 07, 2021 - 01:35 PM

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - Jefferson - May 26, 2021 - 08:59 AM

**IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI**

| Judge or Division:<br>JOSEPH ALFRED RATHERT | Case Number: 21JE-CC00349 |
|---|---|
| Plaintiff/Petitioner:<br>TOP GUN AMMO SALES, LLC | Plaintiff's/Petitioner's Attorney/Address:<br>DAVID ALAN ZOBEL<br> 7701 Forsyth Blvd<br>SUITE 1200<br>CLAYTON, MO  63105 |
| vs. | |
| Defendant/Respondent:<br>COF TECHNOLOGIES, LLC | Court Address:<br>P O BOX 100 |
| Nature of Suit:<br>CC Breach of Contract | 300 MAIN ST<br>HILLSBORO, MO  63050 |

### Summons for Personal Service Outside the State of Missouri
(Except Attachment Action)

The State of Missouri to:  **MCKAYL REUSCH**
Alias:

**1184 E. BULLOCK ST., UNIT 41**
**WASHINGTON, UT 84780**

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**JEFFERSON COUNTY**

MAY 20, 2021                    MICHAEL E. REUTER, CIRCUIT CLERK
                               BY: /s/ J. HONEA, DEPUTY CLERK

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is  Constable  of  Washington  County,  Utah  (state).
3. I have served the above summons by:  (check one)
   - [x] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - [ ] other: _____

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

__Andre Brazzle_____                    ___Andre Brazzle_____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Subscribed and sworn to before me this _____ (day) _____ (month) _____ (year).
I am: (check one)
   - [ ] the clerk of the court of which affiant is an officer.
   - [ ] the judge of the court of which affiant is an officer.
   - [ ] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
   - [ ] authorized to administer oaths.  (use for court-appointed server)

(Seal)

_____
Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $ 20 | |
| Non Est | $ | |
| Mileage | $ | ( _____ miles @ $ _____ per mile) |
| **Total** | **$ 20** | |

See the following page for directions to officer making return on service of summons.

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: Document ID# 21-SMOS-29        1 of 2  (21JE-CC00349)        Rules 54.06, 54.07, 54.14, 54 20
                                                                                                    506.500, 506.510 RSM

Handwritten right margin:
DATES 5-25-21
TIME 7:15 pm
MCKAYL REUSCH
LOCATION 1141
SERVER CONSTABLE A
BRAZZLE
BRAZZLE CONSTABLE SERVICE, LC
(Date File Stamp)
WASHINGTON COUNTY CONSTABLE
801-854-0750
PERSON SERVED

5-25-2021