# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TOP GUN AMMO SALES, LLC, § § Plaintiff, § vs. § § COF TECHNOLOGIES, LLC, § AMERICAN DEFENSE TECHNOLOGIES, LLC, § McKAYL RUESCH, § WILLIAM UICKER, § ANDREW McCORKLE, § BRAD McCORKLE, § § Defendants. | CIVIL ACTION NO.: 4:21-cv-770  State Court: 23rd JudicIal Circuit, Jefferson County, Missouri  Cause No. 21JE-CC00349 |

## JOINT STIPULATION OF EXTENSION OF TIME TO ANSWER

Pursuant to LR 1.05 of the Easttern District of Missouri, Plaintiff Top Gun Ammo Sales, LLC, and for the named Defendants in the pending matter, stipulate to an extension of time until July 9, 2021 for Defendans to move, answer, or otherwise respond to Plaintiff's Complaint.

A proposed order approving the stipulation is attached.

Respectfully submitted,

| | |
|---|---|
| DANNA MCKITRICK, P.C. | DUANE MORRIS LLP |
| By:*/s/ David A. Zobel* | By:  */s/ Corey M. Weideman* |
| David A. Zobel, #64266 | Corey M. Weideman |
| Katherine M. Flett, #68183 | Bar No.: 24056505TX |
| 7701Forsyth Blvd., Ste. 1200 | State Bar No. 24056505 |
| St. Louis, MO 63105-3907 | 1330 Post Oak Boulevard, Suite 800 |
| Tel. (314) 726-1000 | Houston, TX 77056-3166 |
| Fax:  (314) 725-6592 | Tel:  (713) 402-3904 |
| dzobel@dmfirm.com | Fax:  (713) 583-0940 |
| kflett@dmfirm.com | CMWeideman@duanemorris.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants COF TECHNOLOGIES, LLC, McKAYL RUESCH, ANDREW McCORKLE AND BRAD McCORKLE* |
| Date: June 29, 2021 | |

## **CERTIFICATE OF SERVICE**

I certify that on June 29, 2021 the foregoing was served on all counsel of record using the Court's ECF system.

                                          /s/ *Corey M. Weideman*
                                          Corey M. Weideman