UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TOP GUN AMMO SALES, LLC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:21-cv-00770-SEP |
| COF TECHNOLOGIES, LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

      This matter is before the Court on Defendants' Joint Stipulation of Extension of Time to Answer (Doc. [9]).  Defendants request an extension of time to move, answer, or otherwise respond to Plaintiff's petition no later than July 9, 2021.  The Court may extend any time limit *for good cause*.  Local Rule 1.05 (emphasis added).  Defendants' motion, while unopposed by Plaintiff, provides no basis on which the Court could find good cause for the extension. Accordingly,

      **IT IS HEREBY ORDERED** that Defendants' Motion for Extension, Doc. [20], is **DENIED**.

      Dated this 30th day of June, 2021.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE